UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIHAL ERKAN, on behalf of herself and all others similarly situated,<br><br>                Plaintiffs,<br><br>              -against-<br><br>Noho Hospitality, LLC,<br><br>                Defendant. | Case No: 1:24-cv-02142-NGG-RML<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Jericho, New York
            July 11, 2024

| | |
|---|---|
| **MARS KHAIMOV LAW, PLLC**<br><br>By: */s/ Mars Khaimov*<br>Mars Khaimov, Esq.<br>100 Duffy Ave., Suite 510<br>Hicksville, New York 11801<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | **FOX ROTHSCHILD LLP**<br><br>By: */s/ Alexander William Bogdan*<br>Alexander William Bogdan, Esq.<br>101 Park Avenue, Ste 17th Floor<br>New York, New York 10178<br>abogdan@foxrothschild.com<br>*Attorneys for Defendant* |

**So Ordered.**

s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 7/12/24